wo

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CIV 06-2055 PHX RCB |
|---|---|
| Petitioner, | **ORDER RE: FINDING OF CIVIL CONTEMPT** |
| v. | |
| Lance C. Standifird, | |
| Respondent. | |

On October 23, 2006, the Court held a hearing to show cause why Respondent Lance C. Standifird should not be held in civil contempt of the Court's January 23, 2006 Order Enforcing IRS Summons (doc. # 13). Respondent did not appear nor was he represented by counsel.

The Court adopts the findings made at the hearing of October 23, 2006, which are set forth on the record.

Based on Respondent's failure to comply with the Court's January 23, 2006 Order Enforcing IRS Summons (doc. # 13), and his failure to validly invoke his Fifth Amendment privilege against self-incrimination by showing how his production of

the summoned records or testimony "would 'support a conviction under a federal criminal statute' or 'furnish a link in the chain of evidence needed to prosecute [him] for a federal crime,'" see <u>United States v. Rendahl</u>, 746 F.2d 553 (9th Cir. 1984) (quoting <u>Hoffman v. United States</u>, 341 U.S. 479, 486 (1951)), the Court hereby finds that Respondent is in civil contempt for his failure to produce the summoned records and testimony as required by the Court's January 23, 2006 Order Enforcing IRS Summons (doc. # 13).

The Court further notes that this order finding Respondent in civil contempt as well as the order (doc. # 23) denying Respondent's request for court-appointed counsel are both interlocutory in character, as there has not been a final order in these enforcement proceedings.  See <u>Taylor v. Bowles</u>, 152 F.2d 311, 312 (9th Cir. 1945) ("A remedial or civil contempt order directed against a party litigant is deemed interlocutory and not a final order, and is reviewable only on appeal from the final decree in the main action.").  Although there was a final order in the underlying action, which resulted in the Court's January 23, 2006 Order Enforcing IRS Summons (doc. # 13), there was never an appeal of that order or an attempt to appeal that order.  Accordingly, the Court finds that there is no basis to stay these proceedings.  Therefore,

IT IS ORDERED that Respondent's motion to stay (doc. # 27) is DENIED.

     IT IS FURTHER ORDERED that, as a means of effecting compliance with the Court's January 23, 2006 Order Enforcing IRS Summons (doc. # 13), Respondent Lance C. Standifird is found in civil contempt, and shall be incarcerated by the United States Marshal for the District of Arizona until such time as he complies with the Court's January 23, 2006 Order Enforcing IRS Summons (doc. # 13) by producing the documents and testimony required by the Internal Revenue Service Summons.  This order of incarceration shall become effective on November 2, 2006 at 2:00 p.m..  If Respondent complies with the Court's January 23, 2006 Order Enforcing IRS Summons (doc. # 13) by producing the documents and testimony required by the Internal Revenue Service Summons issued on February 15, 2005 to the U.S. Attorney's Office at Two Renaissance Square, 40 North Central Avenue, Suite 1200 Phoenix, Arizona 85004-4408 or to a revenue officer of the Internal Revenue Service at 40 West Baseline Road, Suite 212, Tempe, Arizona 85283 before November 2, 2006 at 2:00 p.m., this order of incarceration shall be vacated.

     IT IS FURTHER ORDERED that, if Respondent does not comply with the Court's January 23, 2006 Order Enforcing IRS Summons (doc. # 13) by November 2, 2006 at 2:00 p.m., Respondent shall surrender to the U.S. Marshals Service at 401 West Washington Street, Suite 270, Phoenix, Arizona by November 2, 2006 at 2:00 p.m..

     IT IS FURTHER ORDERED that, in the event Respondent fails to either comply with the Court's January 23, 2006 Order

3

1  Enforcing IRS Summons (doc. # 13) or surrender to the U.S.
2  Marshals' Office by November 2, 2006 at 2:00 p.m., the U.S.
3  Attorney's Office shall so advise the Court so that a warrant
4  may be issued for Respondent's detention pursuant to the terms
5  of this order and in accordance with these findings.
6      IT IS FURTHER ORDERED that, in the event that Respondent
7  complies with the Court's January 23, 2006 Order Enforcing IRS
8  Summons (doc. # 13), the U.S. Attorney's Office shall file a
9  notice with the Court so informing the Court of Respondent's
10 compliance so that the order of incarceration may be vacated.
11     IT IS FINALLY ORDERED setting a status hearing on
12 November 6, 2006 at 1:45 p.m. before the Honorable Robert C.
13 Broomfield in the Sandra Day O'Connor United States
14 Courthouse, Courtroom No. 606, 401 West Washington Street,
15 Phoenix, Arizona 85003 in the event that Respondent has not
16 complied with the January 23, 2006 Order (doc. # 13) by such
17 time.
18     DATED this 24th day of October, 2006.

_____
Robert C. Broomfield
Senior United States District Judge

24 COPIES to counsel of record and respondent pro se.

4