WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. 06-CV-2055-PHX-RCB |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Lance C. Standifird, | ) | |
| Respondent. | ) | |

IT IS HEREBY ORDERED that as authorized by law all further matters pertaining to the civil contempt of respondent Lance C. Standifird are referred to Magistrate Judge Lawrence O. Anderson.

DATED this 19th day of September, 2007.

Robert C. Broomfield
Senior United States District Judge

Copies to all counsel of record