**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-06-02055-PHX-RCB (LOA) |
| Petitioner, | **ORDER** |
| vs. | |
| Lance C. Standifird, | |
| Respondent. | |

Pursuant to LRCiv 83.7(a) and the parties' stipulation and agreement made in open court this date that this matter has settled to the satisfaction of all parties,

**IT IS ORDERED** that the Government's Petition to Enforce IRS Summons, docket # 1, is hereby **DISMISSED** with prejudice, each party to bear their costs and attorney's fees.

**IT IS FURTHER ORDERED** that Respondent Lance C. Standifird is hereby immediately released from custody of the USMS on the warrant for arrest, issued on November 3, 2006, by the Hon. Robert C. Broomfield, Senior United States District Judge, only.

Dated this 28th day of September, 2007.

Lawrence O. Anderson
United States Magistrate Judge